1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RYAN FITZGERALD JONES,                     1:10-cv-01286-JLT (HC)

12            Petitioner,                       ORDER GRANTING MOTION
                                                TO PROCEED IN FORMA PAUPERIS
13       vs.
                                                (Doc. 2)
14   M. MARTEL,

15            Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19        Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.  (Doc. 2).  Examination of these documents reveals that petitioner is

21   unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc.

22   2), is GRANTED.  See 28 U.S.C. § 1915.

23

24   IT IS SO ORDERED.

25   Dated:   July 21, 2010                              /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28